# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEREK SHORES** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| Vs. | ) Civil Action No.: 1:15-CV-00574-CKK |
| | ) |
| **CORRECTIONS CORPORATION OF AMERICA** | ) ) |

## FIRST AMENDED COMPLAINT

**(Negligence)**

### I. Jurisdiction

1. This is a civil action seeking compensatory damages for injuries suffered by Derek Shores. This action arises under the common law of the District of Columbia.

2. This court has jurisdiction over this action pursuant to D.C. Code § 11-921 (1981 Edition).

### II. Parties

3. Plaintiff is an adult natural person who, at all times relevant to this action, was incarcerated in the District of Columbia at the Correctional Treatment Facility ("CTF").

4. At all material times hereto, CTF was operated by defendant, Corrections Corporation of America ("CCA").

5. CCA is a corporation doing business in the District of Columbia.

6. Sgt. A. Davis is a correctional officer employed by CCA at CTF.

### III. Factual Background

7. On or about October 15, 2014, at approximately 2.30 p.m., plaintiff was on his

1

housing unit standing in a common area close to an open door which led to a laundry area. At that time, another inmate, Marvin Penny, was in a "pill line" waiting to receive medications. He was denied his medication because he wasn't dressed in his "blues" (a blue shirt which was part of the attire that inmates were required to wear).   Mr. Penny left the pill line and proceeded in the direction of the laundry to obtain a blue shirt.   Sgt. A. Davis, who was seated in the area, then jumped from her chair and rushed to the door where Plaintiff was standing and slammed the door shut in order to prevent Mr. Penny from entering the laundry area.   The tip of Plaintiff's left ring finger was amputated when the door closed on his hand.

## COUNT ONE

### (Negligence)

8. Plaintiff hereby incorporates the preceding paragraphs by reference.

9. Sgt. A. Davis was acting within the scope of her employment at the time plaintiff was injured.

10. Sgt. A. Davis was negligent by failing to take reasonable care when closing the door to the laundry area.

11. As a direct and proximate result of the above-described negligence, plaintiff suffered grave bodily injury.   He experienced bodily pain and mental anguish, and will suffer pecuniary loss.

**WHEREFORE,** plaintiff prays for a judgment against defendants awarding compensatory damages in the amount of $500,000 (Five Hundred Thousand Dollars), costs of this suit, and any other relief deemed appropriate by the court.

Respectfully Submitted by,

*/s/ Geoffrey D. Allen*
Geoffrey D. Allen

        D.C. Bar No. 288142  
        1730 Rhode Island Ave. NW.  
        Suite 206  
        Washington, DC   20036  
        (202) 778-1167  

        Attorney for Plaintiff

## JURY DEMAND

Plaintiff demands trial by jury as to all counts herein.

        */s/ Geoffrey D. Allen*  
        Geoffrey D. Allen

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served on this 17th day of April, 2015, via PACER/ECF on:

Ms. Anne M. Orcutt, Esq.
Mr. Daniel P. Struck, Esq.
Struck, Wieneke & Love, PLLC
2100 East Ray Road, Suite 300
Chandler, AZ   85226
(480) 420-1600
(480) 420-1699 – fax

Ms. Mariana D. Bravo, Esq.
Mr. Matthew Berkowitz, Esq.
Carr Maloney, PC
2000 L Street, NW, Suite 450
(202) 310-5500
(202) 310-5555 – fax

*Counsel for Defendant Corrections Corporation of America*